UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:05-CR-313 CAS |
| v. ) | |
| ) | |
| ROBERT E. COLLIER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge David D. Noce. On August 2, 2005, Judge Noce filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's motion to suppress evidence be denied as moot, based upon defendant's assertion in open court, with counsel, that he had decided not to raise any issues by way of pretrial motion. No objections have been filed to the Magistrate Judge's Report and Recommendation. Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 19]

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence is **DENIED as moot**. [Doc. 17]

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this _22nd_ day of August, 2005.