# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CR-313 CAS |
| ) | |
| ROBERT E. COLLIER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court pursuant to the Mandate issued November 3, 2009 by the United States Court of Appeals for the Eighth Circuit in United States of America v. Robert E. Collier, No. 08-3306. By its Opinion and Judgment filed September 21, 2009, the Eighth Circuit reversed this Court's order reducing Collier's sentence to 70 months pursuant to 18 U.S.C. § 3582(c)(2), and remanded the case with directions to vacate the order reducing Collier's sentence and reinstate his sentence of 120 months. See United States v. Collier, 581 F.3d 755 (8th Cir. 2009).

In accordance with the mandate of the Eighth Circuit,

**IT IS HEREBY ORDERED** that the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) dated September 15, 2008 is **vacated**.  [Doc. 56]

**IT IS FURTHER ORDERED** that the Amended Judgment dated October 12, 2006, which sentenced Collier to a term of imprisonment of 120 months and four years of supervised release, is **reinstated**. [Doc. 46]

                                                                        */s/ Charles A. Shaw*
                                                                    **CHARLES A. SHAW**
                                                                    **UNITED STATES DISTRICT JUDGE**

Dated this  3rd  day of November, 2009.